624     TITUSVILLE, Appellant, *v.* GAHAN (NO. 2).

Statement of Facts—Opinion of the Court.     [34 Pa. Superior Ct.

## Titusville, Appellant, *v.* Gahan (No. 2).

Argued May 20, 1907.   Appeal, No. 144, April T., 1907, by plaintiff, from judgment of C. P. Crawford Co., Sept. T., 1906, No. 1, on verdict for defendant on case stated in suit of City of Titusville v. John Gahan.   Before RICE, P. J., PORTER, HENDERSON, ORLADY, HEAD and BEAVER, JJ.   Affirmed.

OPINION BY RICE, P. J., October 7, 1907:

The legal question arising in this case is precisely the same as that considered in ante, p. 613.

The judgment is affirmed.

---

## Turner, Appellant, *v.* Richards.

*Fence law—Township auditors—Fence viewers—Practice, C. P.—Acts of March 11, 1842, P. L. 62, and April 14, 1905, P. L. 162.*

Township auditors when acting as fence viewers have judicial functions but do not constitute a court, nor is their decision subject to appeal. No particular form is made essential to the validity of their report. Where their duty has been substantially performed, their certificate has all the force intended by the statute. The auditors are not required to measure the length of the fence, but may adopt the measurement made by the township supervisors. It is not necessary that they should deliberate and consult together as to the length of the fence since that is a matter not requiring an exercise of judgment; nor is it necessary that their report be prepared at the time of the view, nor that all sign at one time. The report of the viewers is not invalid because it was handed to the parties instead of a justice of the peace, and was not filed with the justice until twelve days after the view.

The imposition of costs on a defendant by fence viewers does not affect the validity of their report. The costs are fixed by statute, and no discretion is placed in the viewers with reference thereto in the Act of April 14, 1905, P. L. 162.

Argued May 16, 1907.   Appeal, No. 24, April T., 1907, by plaintiff, from judgment of C. P. Mercer Co., Oct. T., 1905, No. 97, for defendant non obstante veredicto in case of Henry